IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Landingham, Michael A | Case Number: 05 B 18497 |
|---|---|---|
| | Dotson-Landingham, Olga | Judge: Squires, John H |
| | Printed: 5/20/08 | Filed: 5/10/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: April 25, 2008
Confirmed: July 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 12,981.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 7,768.42 |
| Priority: |  | 132.87 |
| Administrative: |  | 2,910.00 |
| Trustee Fee: |  | 569.09 |
| Other Funds: |  | 1,600.62 |
| Totals: | 12,981.00 | 12,981.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,910.00 | 2,910.00 |
| 2. | Illinois Dept Of Public Aid | Priority | 132.87 | 132.87 |
| 3. | Devon Financial Services Inc | Unsecured | 40.93 | 409.26 |
| 4. | Charming Shoppes-Fashion Bug | Unsecured | 114.23 | 1,142.33 |
| 5. | A All Payday Loan Company Inc | Unsecured | 62.64 | 626.36 |
| 6. | ECast Settlement Corp | Unsecured | 138.93 | 1,389.28 |
| 7. | Quick Payday | Unsecured | 62.00 | 620.00 |
| 8. | ECast Settlement Corp | Unsecured | 14.08 | 140.77 |
| 9. | Illinois Dept Of Public Aid | Unsecured | 202.69 | 2,026.88 |
| 10. | Asset Acceptance | Unsecured | 39.66 | 396.59 |
| 11. | Citizens Bank | Unsecured | 101.70 | 1,016.95 |
| 12. | Capital One Auto Finance | Secured |  | No Claim Filed |
| 13. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 14. | Capital One Auto Finance | Unsecured |  | No Claim Filed |
| 15. | American General Finance | Unsecured |  | No Claim Filed |
| 16. | Cash Net | Unsecured |  | No Claim Filed |
| 17. | AIP | Unsecured |  | No Claim Filed |
| 18. | Ameriloan | Unsecured |  | No Claim Filed |
| 19. | Aniqa Matthews | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | Check N Go | Unsecured |  | No Claim Filed |
| 22. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 24. | Devon Financial Services Inc | Unsecured |  | No Claim Filed |
| 25. | Midnight Velvet | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Landingham, Michael A | Case Number: 05 B 18497 |
|---|---|---|
| | Dotson-Landingham, Olga | Judge: Squires, John H |
| | Printed: 5/20/08 | Filed: 5/10/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 27. | Household | Unsecured | | No Claim Filed |
| 28. | Union Acceptance Corporation | Unsecured | | No Claim Filed |
| 29. | Platinum Community Bank | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 31. | US Fast Cash | Unsecured | | No Claim Filed |
| 32. | United Cash | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,819.73 | $ 10,811.29 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 26.41 |
| 5.5% | 98.22 |
| 5% | 160.92 |
| 4.8% | 107.98 |
| 5.4% | 175.56 |
| | _____ |
| | $ 569.09 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

